UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABRIEL STEIF and EVA STEIF,                                        VIA ECF

                              Plaintiffs,              08 CV 2892 (NRB)

      -against-                                                       **NOTICE OF MOTION**

GREYHOUND LINES, INC. and WILLIAM LEE
HENLEY, JR.,

                              **Defendants.**
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed affirmation of KEVIN B. POLLAK, the annexed affidavits of Dr. Brian Greeenwald and Dr. Dustin Gordon, and the annexed Memorandum of Law, the defendants' will move this Court before the Honorable Naomi Reice Buchwald, at the courthouse located at 500 Pearl Street, New York, New York on the 11th day of February, 2009 at 9:30 am or soon thereafter as counsel can be heard for an Order precluding the plaintiffs' medical expert Dr. Daniel Kuhn from testifying at the trial of this matter, as well as precluding the plaintiffs' medical expert, Dr. Mortin Finkel from testifying at the trial of this matter with respect to any testimony by Dr. Finkel that is on the same subject matters as Dr. Kuhn's testimony and/or which relies upon or is based upon any findings, conclusions or opinions of Dr. Daniel Kuhn; and granting such other and further relief as to the Court seems just and proper.

406171.1

PLEASE TAKE FURTHER NOTICE, that answering papers if any, are to be served in accordance with the directives of the Honorable Naomi Reice Buchwald.

Dated: New York, New York
February 3, 2009

Yours, etc.,

FABIANI COHEN & HALL, LLP

_____
Kevin B. Pollak (KBP 6098)
**Attorneys for Defendant**
GREYHOUND LINES, INC.
and WILLIAM LEE HENLEY, JR.,
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

TO: JAROSLAWICZ & JAROS, LLC
**Attorneys for Plaintiffs**
GABRIEL STEIF and EVA STEIF
225 Broadway - 24th Floor
New York, New York 10007
(212) 227-2780

*Gabriel Steif and Eva Steif v. Greyhound Lines, Inc. and William Lee Henley, Jr.*
*Index Number: 08 CV 2892*
*Our File Number: 818-34751*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF MOTION**, was served via facsimile, ECF and e-mail, this 3rd day of February, 2009, upon:

**JAROSLAWICZ & JAROS, LLC**
**Attorneys for Plaintiffs**
**GABRIEL STEIF and EVA STEIF**
225 Broadway - 24th Floor
New York, New York 10007

Kevin B. Pollak (6098)

Sworn to before me this
3rd day of February, 2009

Notary Public

BELKIS R. FELIU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FE6042920
Qualified in New York County
My Commission Expires September 05, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABRIEL STEIF and EVA STEIF,

                                                              08 CV 2892 (NRB)

                              Plaintiffs,

-against-

GREYHOUND LINES, INC. and WILLIAM LEE
HENLEY, JR.,

                              Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION

**FABIANI COHEN & HALL, LLP**
**Attorneys for Defendants**
**GREYHOUND LINES, INC. and**
**WILLIAM LEE HENLEY, JR.**
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

    PLEASE TAKE NOTICE that a                        of which the within is a (true) (certified) copy

    [ ] NOTICE OF ENTRY *was duly entered in the within named court on* 2008

    [ ] NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
    *one of the judges of the within named court at the Courthouse at* on  ,    2008 at o'clock

Dated:

                                            Yours, etc.,
                              FABIANI COHEN & HALL, LLP
                              570 Lexington Avenue, 4th Floor
                              New York, New York 10022
                              (212) 644-4420