# EXHIBIT A

**BRIAN D. GREENWALD, M.D.**
**5 East 98th Street**
**Box 1240B**
**New York, NY 10029**
**212-241-3981**
**brian.greenwald@mountsinai.org**

**ACADEMIC APPOINTMENTS:**
Clinical Instructor, Department of Physical Medicine and Rehabilitation
UMDNJ- NJ Medical School
Newark, NJ
7/1/98-6/30/99

Clinical Instructor, Department of Physical Medicine and Rehabilitation
Medical College of Virginia/ Virginia Commonwealth University
Richmond, VA
7/1/99-6/30/00

Assistant Professor, Department of Physical Medicine and Rehabilitation
UMDNJ- NJ Medical School
Newark, NJ
7/1/00-9/1/03

Assistant Professor, Department of Rehabilitation Medicine
Mount Sinai School of Medicine
New York, NY
9/2/03-present

**HOSPITAL APPOINTMENTS:**

Director of Trauma Rehabilitation- The University Hospital
Newark, NJ
7/1/00-9/1/03

Attending Physician- The University Hospital
Newark, NJ
7/1/00-9/1/03

Director of the Acquired Brain Injury Clinic- The University Hospital
Newark, NJ
7/1/00-9/1/03

Medical Director
Rehabilitation Specialists
Fair Lawn, New Jersey
1/01 – Present

Attending Physician
Department of Rehabilitation Medicine

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Mount Sinai Medical Center
New York, NY
9//03-present

Associate Director of Brain Injury Rehabilitation
Department of Rehabilitation Medicine
Mount Sinai Medical Center
New York, NY
9//03-4/08

Medical Director
Klingenstein Clinical Center 4 South
Mount Sinai Medical Center
New York, NY
11/04-4/08

Medical Director
Klingenstein Clinical Center 3 South
Mount Sinai Medical Center
New York, NY
4/08-present

Medical Director of Brain Injury Rehabilitation Program
Department of Rehabilitation Medicine
Mount Sinai Medical Center
New York, NY
4/08-present

Brain Injury Rehabilitation Consultant
Park Terrace Nursing and Rehabilitation Center
Rego Park, NY
4/08-present

**EDUCATION:**
State University of New York at Stony Brook
Stony Brook, NY
Degree: B.S.
9/87 – 5/91

State University of New York at Stony Brook Medical School
Stony Brook, New York
Degree:  MD
8/91 – 5/95

**POST DOCTORAL TRAINING:**

Internship
Internal Medicine
UCSF/Mount Zion Medical Center
San Francisco, California

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

7/95-6/96

Residency
Physical Medicine and Rehabilitation
UMDNJ/New Jersey Medical School
Newark, New Jersey
7/96 – 6/99

Fellowship
Traumatic Brain Injury Rehabilitation
Medical College of Virginia/Virginia Commonwealth University
Richmond, Virginia
7/99 – 6/00

## CERTIFICATION:

Board Certified in Physical Medicine and Rehabilitation July 1, 2000
Certification #6316
Expires June 30, 2010

## LICENSURE:

New York
License #229268
Expiration date: December 31, 2010

New Jersey
License # MA70730
Expiration date: June 30, 2009

## HONORS/AWARDS:

| | |
|---|---|
| 1987 – 1991 | Dean's List SUNY at Stony Brook |
| 1990 | Alpha Epsilon Delta, Premedical Honor Society |
| 1991 | Phi Beta Kappa, State University of New York at Stony Brook |
| 1991 | Cum Laude, SUNY at Stony Brook |
| 1998-1999 | Administrative Chief Resident, UMDNJ/NJ Medical School, Department of Physical Medicine and Rehabilitation |
| 2000 | Virginia Commonwealth University/Medical College of Virginia Campus, Department of Physical Medicine and Rehabilitation, Faculty Educator of the Year. |

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

| | |
|---|---|
| 2003 | Arnold P. Gold Foundation Award for "Humanism in Medicine." Annual award given to one faculty member of New Jersey Medical School. |
| 2006 | Young Investigator Award from the Mount Sinai General Clinical Research Center. |
| 2007 | Department of Rehabilitation Medicine at Mount Sinai School of Medicine 2006-07 Jerry Weissman Teacher of the Year Award. |

## OTHER PROFESSIONAL APPOINTMENTS:

Board of Directors/ Trustees:

Brain Injury Association of New Jersey
Board of Trustees
10/02-present

University Physicians Association
Board of Directors
Newark, NJ
7/02-9/03

Major Committee Assignments

National and Regional:

Fundraising Chairperson
American Medical Student Association
1992-93

Secretary
Residency Council
Association of Academic Physiatrists
1997-99

Resident Representative
Constitution and Bylaws Committee
Association of Academic Physiatrists
1997-99

Resident Representative
Marketing Committee
American Academy of Physical Medicine and Rehabilitation
1997-98

Planning Committee
Northeast Regional Conference
American Academy of Physical Medicine and Rehabilitation

4

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

1998

Course Director
Residents Council Program
Association of Academic Physiatrists
1998-99

Constitution and Bylaws Committee
Resident Council
Association of Academic Physiatrists
1999-2000

Marketing Committee
Resident Physician Council
American Academy of Physical Medicine and Rehabilitation
1999-2000

Marketing Committee
American Academy of Physical Medicine and Rehabilitation
2000-2005

Vice Chairman of the Brain Injury Special Interest Group
American Academy of Physical Medicine and Rehabilitation
2000-2003

Chair of the 2003 Brain Injury Study Guide
American Academy of Physical Medicine and Rehabilitation
2001-2003

Membership Committee Chair
New Jersey Society of Physical Medicine and Rehabilitation
2000-2003

Membership Committee
Association of Academic Physiatrists
2002-2003

Board Development Committee
Brain Injury Association of New Jersey
2003-2006

Secretary
Executive Committee of the Board of Trustees
Brain Injury Association of New Jersey
2006-present

Chairman of the Brain Injury Special Interest Group
American Academy of Physical Medicine and Rehabilitation
2003

Medical School:

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Medical School Admissions Interviewer
New Jersey Medical School
2000-2003

Hospital:

Resident Representative to ICU Committee
UCSF/ Mount Zion Medical Center
San Francisco, CA
1995-1996

Co- Chairman of the Falls Prevention Committee
University Hospital
Newark, NJ
2000-2003

Stroke Center Operations Task Force
University Hospital
Newark, NJ
2001-2003

Physician Representative to the Restraints Committee
University Hospital
Newark, NJ
2002-2003

Length of Stay Coordination of Care Sub-Committee
University Hospital
Newark, NJ
8/02

Ambulatory Care Committee
University Hospital
Newark, NJ
2003

Department:

Graduate Medical Education Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
1998-99

Match Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
1998-99

Administrative Chief Resident
Department of PM&R, UMDNJ/ NJMS

6

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Newark, NJ
1998-99

Education Committee Member
Department of PM&R, MCV/VCU
Richmond, VA
1999-00

Graduate Medical Education Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
2000-2003

Match Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
2000-2003

TBI Fellowship Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
2001- 2003

Stroke Fellowship Committee
Department of PM&R, UMDNJ/ NJMS
Newark, NJ
2001-02

Editorial Boards:

Contributing editor
Rehab in Review
1997-99

Contributing author
The PM&R Resident Fall Edition
1998

Faculty mentor to resident contributing editors
Rehab in Review
1999-00

Manuscript reviewer
Archives of Physical Medicine and Rehabilitation
2000-present

**TRAINING RECORD:**
None

**TEACHING ACTIVITIES:**

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

**GRANT SUPPORT:**

| | |
|---|---|
| Co-Investigator: | Brian D. Greenwald, M.D. |
| Title: | Traumatic Brain Injury Model System Program |
| Agency: | National Institute on Disability and Rehabilitation Research |
| Principle Investigator: | Mark V. Johnston, Ph.D. |
| Years: | 1997-2002 |

| | |
|---|---|
| Principle Investigator: | Brian D. Greenwald, M.D. |
| Title: | The Efficacy of Dynamic Balance Training after Traumatic Brain Injury. |
| Agency: | Kessler Medical Rehabilitation Research and Education Corporation |
| Years: | 2001-2003 |
| Amount: | $6,300 |

| | |
|---|---|
| Co-Investigator: | Brian D. Greenwald, M.D. |
| Title: | Application of Proton Magnetic Resonance Spectroscopy of Acute TBI |
| Agency: | NIH, National Center for Medical Rehabilitation Research, RO3 Grant |
| Principle Investigator: | Frank Hillary, Ph.D. |
| Amount: | $153,000 |
| Years: | May 2002 – April 2004 |

| | |
|---|---|
| Co-Investigator: | Brian D. Greenwald, M.D. |
| Title: | Cooperative Multicenter Traumatic Brain Clinical Trials Network |
| Agency: | National Center for Medical Rehabilitation Research |
| Amount: | $750,000 |
| | Not funded |

| | |
|---|---|
| Co-Investigator: | Brian D. Greenwald, M.D. |
| Title: | Restoration of Walking after Stroke |
| Agency: | National Center for Medical Rehabilitation Research |
| Principle Investigator: | Ross Bogey, M.D. |
| Amount: | $306,000 |
| | Not funded |

| | |
|---|---|
| Co-Investigator: | Brian D. Greenwald, M.D. |
| Title: | Modafinil for Improving New Learning and Memory in Multiple Sclerosis. |
| Agency: | National Multiple Sclerosis Society |
| Principle Investigator: | Nancy D. Chiaravalloti, PhD |
| Amount: | $44,000 |
| Years: | April 2003- March 2004 |

| | |
|---|---|
| Principle Investigator: | Brian D. Greenwald, M.D. |
| Title: | Sleep and Traumatic Brain Injury |
| Agency: | General Clinical Research Center Grant (MO1-RR-00071) |
| Years: | August 2006-July 2007 |

8

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

| | |
|---|---|
| Amount: | $20,000 |
| | |
| Co Project Director: | Brian D. Greenwald, M.D. |
| Title: | New York Traumatic Brain Injury Model System of Care |
| Agency: | National Institute on Disability and Rehabilitation Research (H133A070083) |
| Principle Investigator: | Wayne Gordon, PhD |
| Years: | October 1, 2007- September 30, 2012 |
| | |
| Amount: | $365,000/year |

## PUBLICATIONS:

Peer Reviewed Journals

Greenwald BD, Narcessian EJ, Pomeranz BA. Assessment of Physiatrists' Knowledge and Perspectives on the Use of Opioids: Review of Basic Concepts for Managing Chronic Pain. Am J. Phys Med Rehabil 1999;78(5) 408-515.

Greenwald BD, Narcessian EJ. Opioids for Managing Patients with Chronic Pain: Community Pharmacists' Perspectives and Concerns. J Pain Symptoms Manage 1999;17 (5):369-375.

Greenwald BD, Cifu DX, Marwitz JH, Enders LJ, Brown AW, Englander JS, Zafonte RD. Factors Associated with Balance Deficits on Admission to Rehabilitation after Traumatic Brain Injury: A Multicenter Analysis. J Head Trauma Rehabil June 2001;16(3):238-252.

Greenwald BD, Seel RT, Cifu DX, AN Shah. A multicenter Investigation of Gender Related Differences in Acute Rehabilitation Lengths of Stay, Charges and Functional Outcomes for a Matched Spinal Cord Injured Sample. Arch Phys Med Rehabil. September 2001;82(9):1181-87.

Kennedy R, Burnett DM, Greenwald BD. Use of antiepileptics in Traumatic Brain Injury: A review for Psychiatrists. Ann Clin Psychiatry. September 2001;13:163-71.

Greenwald BD, Burnett DM, Miller MA. Congenital and acquired brain injury. 1. Brain Injury: epidemiology and pathophysiology. Arch Phys Med Rehabil March 2003; 84 Suppl 1: S3-7.

Burnett DM, Watanabe TK, Greenwald BD. Congenital and acquired brain injury. 2. Brain injury rehabilitation: medical management. Arch Phys Med Rehabil March 2003;84 Suppl 1:S8-11.

McElligott JM, Greenwald BD, Watanabe TK. Congenital and acquired brain injury.4. New frontiers: neuroimaging, neuroprotective agents, cognitive enhancing agents, new technology and complementary medicine. Arch Phys Med Rehabil March 2003;84 Suppl 1:S18-22.

Kim SR, Stitik TP, Foye P, Greenwald BD, Campagnolo DI. Critical review of prolotherapy for osteoarthritis, low back pain and other musculoskeletal conditions: A physiatric perspective. Am J Phys Med Rehabil 2004;83:379-389.

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Duong TT, Englander J, Wright J, Cifu DX, Greenwald BD, Brown AW. Relationship between strength, balance, and swallowing deficits and outcome after traumatic brain Injury: A multicenter analysis. Arch Phys Med Rehabil 2004;85:1291-7.

Rigg JL, Elovic EP, Greenwald BD. Review of the effectiveness of antioxidant therapy to reduce neuronal damage in acute traumatic brain injury. J Head Trauma Rehabil July 2005;20(4):389-91.

Flanagan SR, Greenwald B, Wieber S. Pharmacological treatment of insomnia for individuals with brain injury. J Head Trauma Rehabil. Jan-Feb 2007;22(1):67-70.

Bast BA, Greenwald BD. Preventing hip fracture after stroke. Top Stroke Rehabil 2007;14(4):67-79.

Hillary FG, Liu WC, Genova HM, Maniker AH, Kepler K, Greenwald BD, Cortese BM, Homnick A, Deluca J: Examining lactate in severe TBI using proton magnetic resonance spectroscopy. Brain Inj Aug 2007;21 (9):981-91.

Chapters:

Greenwald BD, Lexell J, Averill A. Multiple Sclerosis. In: O'Young BJ, Young MA, Stiens SA, editors. PM&R Secrets. 2nd ed. Philadelphia: Hanley and Belfus; 2001. P 177-81.

Stitik TP, Klecz R, Greenwald B. Pharmacotherapy of Disability. In: Delisa JA, Gans BM, Walsh NE, editors. Physical medicine and rehabilitation: principles and practice. 4th ed. Philadelphia: Lippincott Willliams & Wilkins; 2005. P 1205-51.

Dijkers M, Greenwald B. Functional Assessment in TBI Rehabilitation. In: Zasler ND, Katz DI, Zafonte RD, editors. Brain Injury Medicine: Principles and Practice. New York: Demos Medical Publishing; 2006. P 225-45.

Greenwald BD, Sabini RC. Sleep. In: Cristian A, editor. Medical Management of Adults with neurologic disabilities. New York: Demos Medical Publishing; 2009. P 363-374.

Greenwald BD, Ripley DL. In: Cristian A, editor. Medical Management of Adults with neurologic disabilities. New York: Demos Medical Publishing; 2009. P 129-138.

Abstracts
Greenwald BD, Francisco GE. Facial Diplegia After Frontal Meningioma Resection (Abstract). Am J Phys Med Rehabil 1997;76(2):168.

Greenwald BD, Narcessian EJ. Opioids for Managing Patients with Chronic Pain: Pharmacists' Perspectives and Concerns (Abstract). Am J Phys Med Rehabil 1998;77(2):182.

Greenwald BD, Narcessian EJ, Pomeranz BA. Opioids for Managing Patients with Chronic Pain: Physiatrists; Knowledge and Perspectives (Abstract). Am J Phys Med Rehabil 1999; 78 (2):186.

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Greenwald BD, Cifu DX, Marwitz JH, Enders LJ. Factors Association with Balance Deficits on Admission to Rehabilitation after Traumatic Brain Injury: A Prospective, Multicenter Analysis.  Arch Phys Med Rehabil 2000;81(9):1259.

## LECTURES/ PRESENTATIONS

<u>Physiatry Resident Lecture Series for Department of PM&R at the Medical College of Virginia:</u>

Pathophysiology of Traumatic Brain Injury
10/15/99.

Medical Complications After Traumatic Brain Injury
11/5/99.

Brain Injury Jeopardy
12/16/99.

Metastatic Disease of the Spine
1/21/00.

<u>Physiatry Resident Lecture Series for Department of PM&R at UMDNJ/ NJMS:</u>

Ultrasound: Overview and articles by Lehmann and DeLateur
8/97.

Proximal Radial nerve injuries: Case presentation.
10/97

Anatomy of the hand.
1/98

Medical Complications of Traumatic Brain Injury.
10/98

Get a Grip on the Boards (1 hour).
2/01, 2/03

Introduction to Traumatic Brain Injury Rehabilitation in Acute Care
9/5/01, 8/21/02

TBI: Acute Rehabilitation and Management
3/20/02
TBI Jeopardy
3/27/02

Objective Standardized Clinical Examination (OSCE) examiner
10/23/02

Pathophysiology of Traumatic Brain Injury and Coma
8/20/03

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

New Jersey Medical School PM&R Lecture Series (2nd Year Students):

Introduction to Clinical Sciences: Carpal Tunnel Syndrome
4/4/02, 4/3/03

New Jersey Medical School PM&R Lecture Series (4th Year Students):

Rehabilitation of the Brain Injured Patient.
2/14/01, 3/14/01, 9/26/01, 10/31/01, 2/27/02, 9/25/02, 11/6/02, 2/26/03, 3/12/03, 3/26/03, 4/9/03

UMDNJ Physical Therapy School (Clinical Doctorate Students):

Pathophysiology of Traumatic Brain Injury and Coma
4/8/02, 3/24/03

Interdisciplinary Lecture Series at UMDNJ:

DVT and Rehabilitation Guidelines.
9/12/00

Pathophysiology of Traumatic Brain Injury
10/22/02

Interdisciplinary Lecture Series at Mount Sinai Medical Center

Levels of Consciousness
Department of Rehabilitation Medicine
5/25/04

Pathophysiology and Pharmacology of TBI
Department of Rehabilitation Medicine
10/14/04

Medical Complications of Traumatic Brain Injury
Department of Rehabilitation Medicine

6/2/05
Rehabilitation Medicine Residency Lecture Series for Mount Sinai Medical School:

Pathophysiology of Traumatic Brain Injury
PM&R Resident Lecture Series
Mount Sinai Medical Center
New York, NY
2/5/03, 12/5/06, 10/16/07

Medical Complications of TBI
Rehab Medicine Resident Lecture Series
Mount Sinai Medical Center
New York, NY

12

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

3/15/05, 11/28/06, 10/2/07

Getting a Grip on the Boards
Rehab Medicine Resident Lecture Series
Mount Sinai Medical Center
New York, NY
12/18/07

Invited Lectures/Presentations:

DVT and PE.  Guide for Physical and Occupational Therapists
Department of PT and OT at St Barnabas Medical Center
West Orange, New Jersey
8/98

Medical Aspect of Multiple Sclerosis
Brain Injury Team Lecture Series
Medical College of Virginia
11/4/99

Medical Aspects of Guillian Barre Syndrome
Brain Injury Team Lecture Series
Medical College of Virginia
Richmond Virginia
1/26/00

Adjuvant Therapy in Pain Management
Pain Committee Lecture Series at St Mary's Medical Center
Richmond, Virginia
5/26/00

Early Rehabilitation Interventions in the Trauma Patient
Management of the Patient with TBI: Advances and Essentials
Hackensack University Medical Center
Hackensack, NJ
1/31/01

Traumatic Brain Injury: Medical Management and Treatment
Kessler Boards Review Course
Parsippany, NJ
2/21/01

Balance as a Predictor of Outcome After Traumatic Brain Injury
National Brain Injury Association Meeting
Atlanta, GA
7/30/01

Community Care of the TBI Survivor
Strategies for improving Life in the Community after Brain Injury
Kessler Institute
West Orange, NJ

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

10/20/01

Balance after TBI
Bergen County Brain Injury Association Support Group
Pascack Valley Hospital
Westwood, NJ
1/14/02

Community Care of the TBI Survivor
Voice That Count-support group for disables people
Haledon, NJ
1/24/02

Traumatic Brain Injury:  Medical Management and Treatment
Kessler Boards Review Course
Parsippany, NJ
3/15/02

Medical Care of the TBI Survivor
Brain Injury Support Group
Universal Institute
Livingston, NJ
3/26/02

Rehabilitation of the Geriatric Patient after TBI
Brain Injury Association of New Jersey Annual Meeting
Eatontown, NJ
5/15/02

Potential Role of HP184 in Traumatic Brain Injury
Aventis Pharmaceuticals Inc. Expert Panel
Tampa, FL
10/26/02

Pathophysiology of Traumatic Brain Injury
Rehabilitation Specialists Continuing Education Series
Haledon, NJ
10/29/02

Pharmacology of Traumatic Brain Injury
Advancing Care and Function for Brain and Spinal Cord Injury
Mount Sinai Medical Center
New York, NY
11/21/03

Acute Care Traumatic Brain Injury Rehabilitation
PM&R Resident Lecture Series
Kessler Institute
West Orange, NJ
11/26/03

14

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Pathophysiology of Traumatic Brain Injury
PM&R Resident Lecture Series
Temple University
Philadelphia, PA
1/7/04

Medical Complications After Traumatic Brain Injury
Jewish Home and Hospital
Bronx, NY
8/9/04

Medical Complications of Traumatic Brain Injury
LIJ Transitions of Long Island
Glen Cove, NY
10/15/04

TBI Pharmacology
Jewish Home and Hospital
Bronx, NY
11/8/04

Medical Complications of TBI
Montefiore Medical Center
PM&R Resident Lecture Series
Bronx, NY
11/9/04

Pathophysiology of TBI
Montefiore Medical Center.
PM&R Resident Lecture Series
Bronx, NY
11/9/04

Acute Care Traumatic Brain Injury Rehabilitation
PM&R Resident Lecture Series
Kessler Institute
West Orange, NJ
3/16/05

Medical Complications of TBI
PM&R Resident Lecture Series
Temple University
Philadelphia, PA
2/16/05

TBI Pharmacology
PM&R Resident Lecture Series
Temple University
Philadelphia, PA
2/16/05

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Sleep Disorders after Traumatic Brain Injury
Brain Injury Association of New Jersey Annual Meeting
Eatontown, NJ
5/20/05

"Community Reintegration of the Brain Injury Survivor"
ACCSES NJ and the NJ Rehabilitation Association
Atlantic City, NJ
9/19/05

"Pharmacology of TBI"
Resident Lecture Series
Department of Neurology
Long Island Jewish Hospital
New Hyde Park, NY
9/21/05

Rehabilitation of Brain Injury and Stroke
Neurosurgery for Primary Care Providers Continuing Education Course
Mount Sinai Medical Center
1/20/07

Traumatic Brain Injury and Psychiatric Disorders
Department of Psychology
Bronx Psychiatric Center
Bronx, NY
3/19/07

Rehabilitation of Head Injury and Concussion
Neurosurgery for Primary Care Providers Continuing Education Course
Mount Sinai Medical Center
01/25/2008

Sleep Disorders after Traumatic Brain Injury: The Downward Spiral
Cutting Edge of Sleep Conference 2008
Orlando, FL
12/01/08

Accepted Lectures:

Management of Pain
Annual Williamsburg Traumatic Brain Injury Rehabilitation Conference
Williamsburg, VA
6/3/00

Grand Rounds:

Recent Advances in Spasticity Management for Brain Injured Patients.
In conjunction with Dr. Gerard Francisco
Department of PM&R UMDNJ/ NJMS

16

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

4/98

Review of Basic Concepts for Management of Chronic Pain
Department of PM&R
Medical College of Virginia
8/27/99

Early Rehabilitation Interventions Following Trauma.
Division of Trauma
University Hospital
UMDNJ/ NJMS
9/6/00

Functional Outcome Measures in Traumatic Brain Injury.
Department of Neurosurgery
UMDNJ/ NJMS
University Hospital
9/12/00

Medical Complications After Traumatic Brain Injury.
Division of Trauma
University Hospital
UMDNJ/ NJMS
01/12/01

TBI Neuropharmacology: A Rational Approach to Acute Care
Division of Trauma
University Hospital
UMDNJ/ NJMS
8/22/01, 4/3/03

Pathophysiology of Traumatic Brain Injury
Trauma Center
Hackensack Medical Center
11/14/01

Pathophysiology of Traumatic Brain Injury
Division of Trauma
University Hospital
UMDNJ/ NJMS
2/20/02

TBI Basics (1 hour)
Division of Trauma
University Hospital
UMDNJ/ NJMS
7/24/02

Update on Medical Complications After Traumatic Brain Injury.
Division of Trauma
University Hospital

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

UMDNJ/ NJMS
7/17/03

Pharmacology of Traumatic Brain Injury
Department of Neurology
Long Island Jewish Hospital
New Hyde Park, NY
12/3/03

Acute Care Traumatic Brain Injury Rehabilitation
Department of Rehabilitation Medicine
Mount Sinai Medical Center
New York, NY
1/6/04

Pharmacology of Traumatic Brain Injury
Division of Trauma
University Hospital
UMDNJ/ NJMS
2/19/04

Sleep Disorders after Traumatic Brain Injury
Kessler Institute
West Orange, NJ
10/01/04

Sleep Disorders after Traumatic Brain Injury
Department of Rehabilitation Medicine
Mount Sinai Medical Center
4/5/05

Medical Complications after Traumatic Brain Injury
Trauma Center
Hackensack Medical Center
1/26/05

Sleep Disorders after TBI
Department of Neurology
Long Island Jewish Hospital
New Hyde Park, NY
9/21/05

Pathophysiology of Traumatic Brain Injury
Department of Physical Medicine and Rehabilitation
St. Vincent's Medical Center
New York, NY
10/12/06

Traumatic Brain Injury and Psychiatric Disorders
Department of Psychology
Bronx Psychiatric Center

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Bronx, NY
5/11/07

Medical Complications of Traumatic Brain Injury
Department of Physical Medicine and Rehabilitation
St. Vincent's Medical Center
New York, NY
10/11/07

Traumatic Brain Injury and Psychiatric Disorders
Kessler Institute
West Orange, NJ
11/2/07

Traumatic Brain Injury and Psychiatric Disorders
Department of Psychiatry
Mount Sinai Medical Center
New York, NY
11/20/07

Traumatic Brain Injury and Psychiatric Disorders
Department of Psychiatry
Queens Hospital Center
Queens, NY
01/04/08


International Lectures:
Balance and Outcomes after Traumatic Brain Injury
World Congress on Brain Injury
Melbourne, Australia
5/8/05

Sleep Disorders after TBI
Department of Neurology
Toronto Rehabilitation Institute
Toronto, Ontario
1/20/06

## MEDIA RESOURCE AND EDUCATIONAL MATERIALS:

None

## ADDENDUM:

Abstracts:

Greenwald BD, Francisco GE. Facial Diplegia After Frontal Meningioma Resection
(Abstract). Am J Phys Med Rehabil 1997;76(2):168.

Greenwald BD, Narcessian EJ. Opioids for Managing Patients with Chronic Pain:

Brian D Greenwald, MD Curriculum Vitae
Last updated: January 30, 2009

Pharmacists' Perspectives and Concerns (Abstract). Am J Phys Med Rehabil
1998;77(2):182.

Greenwald BD, Narcessian EJ, Pomeranz BA. Opioids for Managing Patients with
Chronic Pain: Physiatrists' Knowledge and Perspectives (Abstract). Am J Phys Med
Rehabil 1999;78(2):186.

Greenwald BD, Cifu DX, Marwitz JH, Enders LJ. Factors Associated with Balance
Deficits on Admission to Rehabilitation after Traumatic Brain Injury: A Prospective,
Multicenter Analysis. Arch Phys Med Rehabil 2000;81(9):1259.

Greenwald BD, Marwitz JH, Cifu DX, Englander JS, Zafonte RD, Brown AW. Impact of
balance deficits after traumatic brain injury on inpatient rehabilitation functional outcome:
A multicenter study. Arch Phys Med Rehabil 2000;84(9):E7.

Greenwald, BD. Balance and outcomes after traumatic brain injury. Brain Inj May 2005.
19 supplement (1):79.