**EXHIBIT B**

15 Apr 08  1501                                                          Page  1 of  2
Bellevue Hospital Center
462 First Avenue, New York, NY  10016
Radiology Department

Patient: Steif,Gabriel        MRN-V#: 3134344-1   DOB: 04/25/37 Age: 70Y  Sex: M

Location: 000 - Adult ER

DOS: 27 Feb 08  0900
Head CT*

I, Alexander Baxter MD, have personally reviewed the images and agree
with the preliminary report below. This report now represents the FINAL
REPORT for this patient.

************************************************************
RESIDENT PRELIMINARY REPORT
************************************************************

History: Trauma slot.  Hit by bus

CT Head without intravenous contrast: 5mm contiguous axial slices
reviewed in brain, subdural and bone windows.

Comparison: None

Findings:
Right frontal scalp laceration with associated subcutaneous air and
soft tissue swelling.  Skin defect extends to calvarial surface.
Additional subcutaneous air seen over occiput without associated
fracture.

Prominent sulci, consistent with age-related volume loss.  Normal gray
white matter differentiation.  No midline shift, mass effect, or
evidence of intracranial hemorrhage.   No focal areas of abnormal
attenuation are identified within the parenchyma of the brain.
Semicircular partially calcific density anterior to left temporal pole
(image 12/32) may represent a small calcified meningioma versus volume
averaging of the sphenoid bone.

Normal ventricular size and configuration without hydrocephalus.

    Read By:   Victoria Mango, MD        Verified By: Alexander Baxter, MD
    Date:      02/27/2008

15 Apr 08  1501                                                      Page  2 of  2
                           Bellevue Hospital Center
                    462 First Avenue, New York, NY  10016
                              Radiology Department

Patient: Steif,Gabriel       MRN-V#: 3134344-1   DOB: 04/25/37 Age: 70Y  Sex: M

Location: 000 - Adult ER

DOS: 27 Feb 08  0900
Head CT*


Numerous cortical lucencies at skull vertex, likely age related.  No
skull fracture.

Vascular calcifications.  Layering fluid in posterior left maxillary
sinus, consistent with sinusitis.  Remaining portions of the paranasal
sinuses, mastoid air cells, and tympanic cavities are clear. Status
post left cataract surgery.


Impression:  No acute intracranial pathology.  Right frontal skin
laceration extends to calvarial surface.  Small left temporal
calcified meningioma versus volume averaging.  Left maxillary
sinusitis.
************************************************************

Read By: Victoria Mango, MD         Verified By: Alexander Baxter, MD
Date:    02/27/2008

The Mount Sinai Hospital – New York, NY
Inpatient Facesheet

Medical Record Number
**6057674**

| Patient's Name | | | Gender | Race |
|---|---|---|---|---|
| Steif, Gabriel | | | Male | Caucasian (White) |
| Social Security Number | Age | Date of Birth | Marital Status | Religion |
| XXX-XX-0952 | 70 Years | 04/25/1937 | Married | Unknown |
| Patient Address | | | | Patient Phone: |
| 151 blauvelt rd, ph Monsey, NY 10952 | | | | (845) 356-1177 (H) |

| Employment Status | Employer Name | Patient Work Phone |
|---|---|---|
| Unknown | Default Employer | |
| Employer Address | | Employer Phone |

| Next of Kin | Relationship to Patient | NOK Phone | NOK Work Phone |
|---|---|---|---|
| steif, issac | Son | 8456531824  (H) | |
| Emergency Contact | Relationship to Patient | EMC Phone | EMC Work Phone |
| steif, issac | Son | 8456531824  (H) | |

| Admit Date | Admit Time | Visit Number: | Reason for Admission | |
|---|---|---|---|---|
| 02/28/2008 | 22:38 | 000044519589 | eval + mgmt | |
| Estimated Arrive Date | Admit Source | | Admitting Diagnosis | |
| 02/28/2008 | Transfer from External Acute H | | 822.0  –CLOSED FRACTURE O | |
| Nursing Unit – Room – Bed | Private Room Accommodation Reason | | Admit Type | |
| N08E  304  P | Only Available Bed | | Transfer from Acute Care Facil | |
| Care Center | Specialty | | Medical Service | Team |
| Neurosciences & GI C | Orthopedics | | Orthopedics | |

| Admitting Physician | Dictation Code | Admitting Physician Department |
|---|---|---|
| Bronson, Michael J | 02562 | |
| Attending Physician | Dictation Code | Attending Physician Department |
| Bronson, Michael J | 02562 | |

| Insurance 1 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| No Fault Unassigned | 99999999 | | |
| Health Plan Address | | | HP Phone Number |

| Insurance 2 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| Medicare Part A and B (IP and OP) | 076360952a | | |
| Health Plan Address | | | HP Phone Number |
| PO Box 100 Yorktown Heights, NY 10598 | | | |

| Insurance 3 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| Blue Cross – Empire HMO/POS | 86766031 | | |
| Health Plan Address | | | HP Phone Number |
| PO Box 3876 New York, NY 100081407 | | | |

| Encounter Comment (Ins 1 tab) | | | | |
|---|---|---|---|---|
| | | | | |
| Patient Directory | NYS Rights Info | NOPP Signed | Chaplain Visit | Patient is Requesting |
| 1.List name and location | Yes | Yes | No | Semi-Private |

```
06/04/08  17:26                  (QAXPRG)                      PAGE 062
                                 ====================================
                                 STEIF, GABRIEL              M    70
                                 U-000006057674-1    DOB:04/25/1937
                                 S-000044519589      ADM:02/28/08
                                 SERV:ORT      N08E    8304P
                                 MD:BRONSON, MICHAEL MD 02562   FC:NF
        TEST RESULTS SUMMARY     ====================================
      -PERMANENT CHART COPY-
SUMMARY: 11/21 22:38 TO 23:59 03/21
```

HEAD CT:

FINDINGS: NONSPECIFIC DIFFUSE ATROPHY. PROMINENCE OF EXTRA-AXIAL SPACE
OVER THE FRONTAL CONVEXITIES, POSSIBLY SECONDARY TO CEREBRAL ATROPHY.
HOWEVER, CHRONIC SUBDURAL HEMATOMA OR SUBDURAL HYGROMA CANNOT BE
EXCLUDED. LIKELY CHRONIC SMALL-VESSEL ISCHEMIC CHANGES. NO EVIDENCE FOR
MASSES, HEMATOMA, OR SHIFT OF MIDLINE STRUCTURES. INTACT CALVARIUM.
OCCIPITAL SCALP SOFT TISSUE SWELLING. MILD PARANASAL SINUS DISEASE.

IMPRESSION: NO ACUTE INTRACRANIAL FINDINGS.

DICTATED BY: CHANG, RICHARD , M.D.

ABOVE IS A PRELIMINARY REPORT FROM VRP. BELOW IS THE ADDENDED FINAL
REPORT.

--------------------------------------------------- IN ADDITION TO THE
ABOVE FINDINGS, THERE IS A SMALL AMOUNT OF GAS IN THE SCALP OF THE
RIGHT FOREHEAD , A SMALL EXTERNAL TABLE OF LEFT FRONTAL BONE OSTEOMA,
PRIOR LENS SURGERY ON THE RIGHT.

OTHERWISE I AGREE WITH THE ABOVE FINDINGS.
======================================================================
READER: NAIDICH, THOMAS                   02/29 11:32     ORD#   24.01
ORDER: CT CERVICAL SPINE                             FILE#: NOT FILED
INDICATIONS: TRAUMA. PEDSTRUCK. H/O LOC

CERVICAL SPINE CT:

FINDINGS: REVERSAL OF THE NORMAL CERVICAL LORDOSIS. VERTEBRAL BODIES
HEIGHT PRESERVED. MODERATE DEGENERATIVE CHANGES. PREVERTEBRAL SPACE IS
WITHIN NORMAL LIMITS. NO FRACTURES SEEN.

IMPRESSION: STRAIGHTENING POSSIBLY SECONDARY TO PAIN VERSUS MUSCLE
SPASM.

DICTATED BY: CHANG, RICHARD , M.D.

ABOVE IS A PRELIMINARY REPORT FROM VRP. BELOW IS THE ADDENDED FINAL

                              CONTINUED

======================================================================
STEIF, GABRIEL              000006057674                    ANC RESULTS