**EXHIBIT C-1**



Montage: LinkEars

EEG ID: 879

## Z Scored FFT Summary Information

| Delta | Theta | Alpha | Beta | High Beta |
|---|---|---|---|---|

**Absolute Power**

**Relative Power**

-3 -2 -1 0 1 2 3

**Amplitude Asymmetry**

**Coherence**

**Phase Lag**

Z-Score >= 1.96        Z-Score >= 2.58        Z-Score >= 3.09

3



Montage: LinkEars

EEG ID:  879

## Z Scored FFT Absolute Power





Montage: LinkEars                                                                    EEG ID:  879

## Z Scored FFT Absolute Power

Intrahemispheric:  LEFT

|          | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|----------|-------|-------|-------|-------|-----------|--------|--------|--------|
| FP1 - LE | 0.14  | -0.04 | 0.53  | 0.33  | 0.45      | 0.60   | 0.42   | 0.20   |
| F3 - LE  | -0.39 | -0.41 | 0.35  | 0.40  | 0.79      | 0.42   | 0.39   | 0.45   |
| C3 - LE  | -0.94 | -0.59 | 0.17  | 0.31  | 0.95      | 0.49   | 0.26   | 0.27   |
| P3 - LE  | -1.19 | -0.76 | -0.29 | 0.04  | 1.06      | 0.11   | 0.05   | 0.09   |
| O1 - LE  | -1.48 | -0.95 | -0.45 | 0.43  | 2.01      | 0.02   | 0.21   | 0.90   |
| F7 - LE  | -0.26 | -0.19 | 0.64  | 0.56  | 0.93      | 0.71   | 0.48   | 0.52   |
| T3 - LE  | -0.42 | -0.55 | 0.26  | 0.20  | 0.66      | 0.48   | 0.11   | 0.14   |
| T5 - LE  | -1.90 | -1.30 | -0.60 | -0.01 | 1.43      | -0.03  | -0.39  | 0.28   |

Intrahemispheric:  RIGHT

|          | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|----------|-------|-------|-------|-------|-----------|--------|--------|--------|
| FP2 - LE | -0.03 | 0.03  | 0.37  | 0.17  | 0.22      | 0.28   | 0.28   | 0.12   |
| F4 - LE  | -0.16 | 0.08  | 0.28  | 0.36  | 0.69      | 0.30   | 0.34   | 0.46   |
| C4 - LE  | -0.31 | -0.21 | 0.37  | 0.55  | 0.74      | 0.58   | 0.54   | 0.57   |
| P4 - LE  | -1.00 | -0.87 | -0.26 | -0.03 | 0.37      | 0.03   | -0.10  | -0.12  |
| O2 - LE  | -1.47 | -1.34 | -0.67 | -0.19 | 0.87      | -0.30  | -0.10  | -0.02  |
| F8 - LE  | 0.19  | 0.31  | 0.42  | 0.56  | 0.46      | 0.55   | 0.47   | 0.64   |
| T4 - LE  | 0.44  | 0.10  | 0.30  | -0.12 | -0.35     | 0.22   | -0.16  | -0.24  |
| T6 - LE  | -1.24 | -1.20 | -0.86 | -0.97 | -0.52     | -0.80  | -0.82  | -1.01  |

Intrahemispheric:  CENTER

|         | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|---------|-------|-------|-------|-------|-----------|--------|--------|--------|
| Fz - LE | -0.22 | -0.12 | 0.29  | 0.35  | 1.09      | 0.32   | 0.39   | 0.39   |
| Cz - LE | -0.23 | -0.36 | 0.20  | 0.35  | 1.42      | 0.32   | 0.23   | 0.52   |
| Pz - LE | -0.80 | -0.86 | -0.22 | -0.11 | 0.82      | -0.02  | -0.07  | -0.07  |

Montage: LinkEars                                                                      EEG ID: 879

# Z Scored Peak Frequency

Intrahemispheric: LEFT

|        | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|--------|-------|-------|-------|-------|-----------|--------|--------|--------|
| FP1 - LE | -0.24 | -0.56 | -0.04 | -0.35 | -0.74 | -0.62 | 0.10 | 0.31 |
| F3 - LE  | 0.26  | -0.75 | -0.03 | 0.13  | -0.43 | -0.96 | 0.83 | 0.41 |
| C3 - LE  | 0.07  | -0.18 | 0.31  | -0.30 | -0.06 | -0.63 | -0.40 | 0.31 |
| P3 - LE  | 0.20  | 0.39  | 0.12  | 0.04  | 0.96  | 0.23  | -0.74 | 0.40 |
| O1 - LE  | 0.50  | 0.24  | -0.09 | 1.74  | 1.93  | 0.61  | 0.96  | 1.38 |
| F7 - LE  | -0.14 | -0.53 | -0.14 | -0.15 | -0.90 | -1.42 | 0.81  | 0.65 |
| T3 - LE  | -1.08 | -0.15 | -0.11 | -0.32 | 0.15  | -1.47 | 0.54  | 0.22 |
| T5 - LE  | -0.27 | 0.82  | 0.37  | 1.11  | 1.24  | -0.32 | -0.03 | 2.07 |

Intrahemispheric: RIGHT

|        | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|--------|-------|-------|-------|-------|-----------|--------|--------|--------|
| FP2 - LE | 0.76  | -0.36 | -0.03 | -0.23 | -0.84 | -0.03 | -0.39 | -0.12 |
| F4 - LE  | 1.00  | -0.64 | 0.13  | 0.18  | -0.53 | -0.11 | -0.10 | -0.03 |
| C4 - LE  | 0.52  | -0.09 | 0.56  | -0.08 | -1.53 | -0.18 | 0.27  | 0.10 |
| P4 - LE  | 0.44  | -0.02 | -0.10 | -0.19 | -0.20 | 0.05  | 0.42  | -0.04 |
| O2 - LE  | -0.05 | -0.36 | -0.20 | 0.67  | 1.78  | 0.21  | 0.68  | 0.60 |
| F8 - LE  | 1.64  | -0.36 | 0.13  | 0.08  | -0.51 | 0.57  | -1.46 | -0.32 |
| T4 - LE  | 0.67  | 0.19  | -0.23 | -0.62 | -1.36 | 0.04  | -1.60 | -0.37 |
| T6 - LE  | -0.16 | 0.27  | -0.43 | -0.01 | -0.21 | -0.31 | 0.11  | 0.44 |

Intrahemispheric: CENTER

|        | DELTA | THETA | ALPHA | BETA  | HIGH BETA | BETA 1 | BETA 2 | BETA 3 |
|--------|-------|-------|-------|-------|-----------|--------|--------|--------|
| Fz - LE | 0.94  | -0.77 | -0.00 | 0.16  | 0.09  | -0.38 | 0.22  | 0.44 |
| Cz - LE | 0.72  | -0.92 | 0.04  | 0.47  | -1.01 | -0.48 | -0.10 | 1.21 |
| Pz - LE | 0.67  | -0.33 | -0.19 | 0.07  | -0.11 | 0.45  | -0.25 | 0.41 |

Montage: LinkEars — EEG ID: 879

## Z Scored FFT Amplitude Asymmetry

**Intrahemispheric: LEFT**

| | DELTA | THETA | ALPHA | BETA |
|---|---|---|---|---|
| FP1 F3 | 0.72 | 1.28 | 0.83 | -0.21 |
| FP1 C3 | 1.45 | 1.22 | 0.94 | -0.05 |
| FP1 P3 | 1.67 | 1.38 | 1.58 | 0.31 |
| FP1 O1 | 1.96 | 1.67 | 1.83 | -0.21 |
| FP1 F7 | 0.91 | 0.52 | -0.34 | -0.36 |
| FP1 T3 | 0.68 | 0.87 | 0.59 | 0.13 |
| FP1 T5 | 2.43 | 2.56 | 2.27 | 0.47 |
| F3 C3 | 1.07 | 0.74 | 0.77 | 0.28 |
| F3 P3 | 1.34 | 0.96 | 1.47 | 0.53 |
| F3 O1 | 1.56 | 1.12 | 1.57 | -0.08 |
| F3 F7 | -0.16 | -0.67 | -0.99 | -0.18 |
| F3 T3 | 0.08 | 0.26 | 0.33 | 0.23 |
| F3 T5 | 2.43 | 2.37 | 2.11 | 0.66 |
| C3 P3 | 0.98 | 0.76 | 1.31 | 0.73 |
| C3 O1 | 1.38 | 1.00 | 1.35 | -0.17 |
| C3 F7 | -0.89 | -1.08 | -1.18 | -0.26 |
| C3 T3 | -0.76 | -0.08 | -0.06 | 0.17 |
| C3 T5 | 2.30 | 2.30 | 1.87 | 0.71 |
| P3 O1 | 0.54 | 0.47 | 0.63 | -0.71 |
| P3 F7 | -1.15 | -1.15 | -1.61 | -0.61 |
| P3 T3 | -1.29 | -0.66 | -1.02 | -0.18 |
| P3 T5 | 1.20 | 1.54 | 1.11 | 0.13 |
| O1 F7 | -1.51 | -1.57 | -1.74 | 0.01 |
| O1 T3 | -1.66 | -0.93 | -1.11 | 0.30 |
| O1 T5 | 0.66 | 1.00 | 0.24 | 0.87 |
| F7 T3 | 0.21 | 0.71 | 0.81 | 0.36 |
| F7 T5 | 2.05 | 2.58 | 2.39 | 0.83 |
| T3 T5 | 2.09 | 1.88 | 1.92 | 0.36 |

**Intrahemispheric: RIGHT**

| | DELTA | THETA | ALPHA | BETA |
|---|---|---|---|---|
| FP2 F4 | 0.21 | -0.04 | 0.39 | -0.23 |
| FP2 C4 | 0.39 | 0.40 | 0.00 | -0.45 |
| FP2 P4 | 1.12 | 1.45 | 1.30 | 0.23 |
| FP2 O2 | 1.43 | 1.86 | 1.69 | 0.41 |
| FP2 F8 | -0.17 | -0.42 | 0.11 | -0.47 |
| FP2 T4 | -0.23 | -0.06 | 0.38 | 0.39 |
| FP2 T6 | 1.45 | 1.93 | 2.01 | 1.43 |
| F4 C4 | 0.28 | 1.08 | -0.49 | -0.67 |
| F4 P4 | 1.45 | 2.44 | 1.38 | 0.70 |
| F4 O2 | 1.72 | 2.40 | 1.84 | 0.79 |
| F4 F8 | -0.42 | -0.50 | -0.40 | -0.48 |
| F4 T4 | -0.75 | -0.08 | 0.10 | 0.68 |
| F4 T6 | 1.95 | 2.66 | 2.05 | 2.41 |
| C4 P4 | 2.05 | 3.40 | 1.99 | 2.11 |
| C4 O2 | 1.98 | 2.36 | 2.11 | 1.33 |
| C4 F8 | -0.66 | -0.95 | 0.08 | 0.22 |
| C4 T4 | -0.98 | -0.67 | 0.39 | 1.04 |
| C4 T6 | 2.19 | 2.49 | 2.40 | 3.05 |
| P4 O2 | 1.12 | 1.57 | 1.42 | 0.45 |
| P4 F8 | -1.25 | -2.01 | -1.25 | -0.77 |
| P4 T4 | -2.05 | -2.15 | -0.96 | 0.14 |
| P4 T6 | 0.83 | 1.43 | 1.53 | 2.28 |
| O2 F8 | -1.63 | -2.47 | -1.81 | -0.90 |
| O2 T4 | -2.26 | -2.73 | -1.55 | -0.05 |
| O2 T6 | -0.37 | -0.41 | -0.29 | 1.72 |
| F8 T4 | -0.08 | 0.42 | 0.32 | 0.81 |
| F8 T6 | 1.61 | 2.59 | 2.06 | 2.67 |
| T4 T6 | 2.72 | 3.00 | 1.78 | 1.20 |

**Interhemispheric: HOMOLOGOUS PAIRS**

| | DELTA | THETA | ALPHA | BETA |
|---|---|---|---|---|
| FP1 FP2 | 0.32 | -0.19 | 0.35 | 0.22 |
| C3 C4 | -1.75 | -1.74 | -0.97 | -1.17 |
| O1 O2 | -0.42 | 1.57 | 1.20 | 1.94 |
| T3 T4 | -0.74 | -1.04 | -0.05 | 0.81 |

| | DELTA | THETA | ALPHA | BETA |
|---|---|---|---|---|
| F3 F4 | -0.34 | -1.86 | 0.42 | 0.35 |
| P3 P4 | -0.78 | -0.20 | -0.08 | 0.15 |
| F7 F8 | -0.46 | -1.10 | 0.83 | -0.02 |
| T5 T6 | -1.52 | -0.12 | 0.17 | 1.98 |



Delta (1.0 - 4.0 Hz)    Theta (4.0 - 8.0 Hz)    Alpha (8.0 - 12.0 Hz)    Beta (12.0 - 25.0 Hz)




Z-Score >= 1.96        Z-Score >= 2.58        Z-Score >= 3.09

Montage: LinkEars                                                                 EEG ID: 879

# Z Scored FFT Coherence

**Intrahemispheric: LEFT**

|        | DELTA | THETA | ALPHA | BETA  |
|--------|-------|-------|-------|-------|
| FP1 F3 | 0.69  | 0.91  | 1.09  | 0.66  |
| FP1 C3 | -0.06 | -0.09 | 0.65  | 0.42  |
| FP1 P3 | -0.26 | -0.52 | 0.75  | 0.48  |
| FP1 O1 | -0.68 | -1.36 | 0.25  | -1.31 |
| FP1 F7 | 0.66  | 0.72  | 1.15  | 1.08  |
| FP1 T3 | 0.23  | 0.66  | 1.83  | 1.48  |
| FP1 T5 | -0.27 | -0.59 | -0.99 | 0.45  |
| F3 C3  | 0.08  | -0.57 | 0.15  | -0.16 |
| F3 P3  | -0.22 | -0.81 | 0.53  | -0.05 |
| F3 O1  | -1.33 | -1.50 | -0.02 | -1.01 |
| F3 F7  | 0.87  | 0.94  | 1.40  | 0.82  |
| F3 T3  | 0.18  | 0.47  | 1.63  | 0.93  |
| F3 T5  | -0.55 | -0.62 | -0.61 | 0.04  |
| C3 P3  | 0.42  | 0.46  | 0.81  | 0.42  |
| C3 O1  | -1.44 | -1.41 | -0.38 | -1.01 |
| C3 F7  | 0.84  | 0.73  | 1.38  | 0.88  |
| C3 T3  | 0.47  | 0.97  | 1.46  | 0.47  |
| C3 T5  | -0.15 | -0.11 | -0.42 | -0.29 |
| P3 O1  | -1.05 | -1.41 | -1.73 | -1.59 |
| P3 F7  | 0.36  | 0.16  | 1.32  | 1.12  |
| P3 T3  | 0.44  | 0.63  | 1.24  | 0.54  |
| P3 T5  | -0.08 | -0.20 | -1.03 | -0.41 |
| O1 F7  | -1.35 | -1.47 | 0.26  | -0.63 |
| O1 T3  | -1.62 | -1.20 | -0.27 | -0.04 |
| O1 T5  | -1.07 | -1.37 | -1.42 | 0.14  |
| F7 T3  | 1.00  | 1.08  | 1.51  | 1.26  |
| F7 T5  | 0.70  | 0.06  | -0.10 | 0.87  |
| T3 T5  | 0.63  | 0.31  | -0.10 | 0.38  |

**Intrahemispheric: RIGHT**

|        | DELTA | THETA | ALPHA | BETA  |
|--------|-------|-------|-------|-------|
| FP2 F4 | 0.94  | 1.26  | 1.04  | 1.01  |
| FP2 C4 | -0.15 | -0.62 | -1.12 | -0.63 |
| FP2 P4 | -0.26 | -0.87 | 0.07  | -0.37 |
| FP2 O2 | -0.36 | -1.28 | 0.59  | -0.96 |
| FP2 F8 | 0.30  | 0.97  | 0.72  | 1.09  |
| FP2 T4 | -0.29 | 0.85  | 0.50  | 1.64  |
| FP2 T6 | -0.19 | -0.52 | -0.98 | 0.07  |
| F4 C4  | -0.43 | -2.17 | -1.79 | -2.55 |
| F4 P4  | -0.71 | -1.79 | 0.08  | -1.13 |
| F4 O2  | -1.11 | -1.44 | 0.56  | -0.91 |
| F4 F8  | 0.81  | 0.77  | 0.88  | 0.96  |
| F4 T4  | -0.43 | -0.07 | 0.43  | 1.07  |
| F4 T6  | -0.64 | -0.89 | -0.84 | -0.02 |
| C4 P4  | 0.30  | 0.19  | 0.75  | 0.21  |
| C4 O2  | -0.88 | -1.06 | -0.06 | -0.57 |
| C4 F8  | 0.85  | 0.31  | -0.13 | -0.01 |
| C4 T4  | 0.24  | 0.54  | 0.72  | 1.14  |
| C4 T6  | 0.23  | 0.12  | 0.15  | 0.61  |
| P4 O2  | 0.12  | -0.72 | -0.81 | -0.62 |
| P4 F8  | 0.23  | 0.05  | -0.81 | -0.06 |
| P4 T4  | -0.16 | 0.21  | 0.89  | 0.67  |
| P4 T6  | 0.38  | 0.12  | -0.47 | 0.37  |
| O2 F8  | -0.76 | -0.99 | 0.55  | -0.77 |
| O2 T4  | -1.46 | -1.32 | -0.24 | -0.54 |
| O2 T6  | -1.30 | -2.44 | -2.67 | -0.74 |
| F8 T4  | 1.13  | 1.34  | 0.94  | 1.47  |
| F8 T6  | 1.07  | 0.65  | -0.05 | 0.90  |
| T4 T6  | 1.13  | 0.71  | 0.52  | 0.74  |

**Interhemispheric: HOMOLOGOUS PAIRS**

|         | DELTA | THETA | ALPHA | BETA  |
|---------|-------|-------|-------|-------|
| FP1 FP2 | 0.26  | 0.22  | 0.77  | 0.68  |
| C3 C4   | -3.12 | -4.59 | -3.14 | -3.36 |
| O1 O2   | -0.37 | -1.60 | -1.83 | -1.40 |
| T3 T4   | 0.17  | -0.70 | -0.99 | -1.15 |

|       | DELTA | THETA | ALPHA | BETA  |
|-------|-------|-------|-------|-------|
| F3 F4 | -0.37 | -0.82 | 0.22  | -0.83 |
| P3 P4 | -2.15 | -3.87 | -2.77 | -3.32 |
| F7 F8 | -1.09 | -0.01 | 0.62  | 0.86  |
| T5 T6 | -2.36 | -1.30 | -0.36 | -1.25 |



Delta (1.0 - 4.0 Hz)     Theta (4.0 - 8.0 Hz)     Alpha (8.0 - 12.0 Hz)     Beta (12.0 - 25.0 Hz)

−   Z-Score >= 1.96   +          −   Z-Score >= 2.58   +          −   Z-Score >= 3.09   +

10

Montage: LinkEars                                                          EEG ID: 879

## Z Scored FFT Phase Lag

**Intrahemispheric: LEFT**

|        | DELTA | THETA | ALPHA | BETA |
|--------|-------|-------|-------|------|
| FP1 F3 | -1.10 | -0.43 | 0.22  | -0.24 |
| FP1 C3 | -0.65 | 0.06  | -0.23 | -1.03 |
| FP1 P3 | -0.42 | -0.38 | -0.29 | -0.84 |
| FP1 O1 | 0.57  | 1.76  | 0.21  | -0.86 |
| FP1 F7 | -0.84 | -0.76 | -0.66 | -0.78 |
| FP1 T3 | -0.84 | -0.64 | -1.19 | -0.87 |
| FP1 T5 | 0.25  | -0.63 | -0.42 | -0.86 |
| F3 C3  | -0.23 | 0.62  | -0.28 | -0.68 |
| F3 P3  | -0.88 | -0.55 | -0.10 | -1.03 |
| F3 O1  | 0.74  | 0.79  | 0.24  | -0.32 |
| F3 F7  | -1.12 | -0.54 | 0.57  | -0.06 |
| F3 T3  | -1.35 | -1.14 | -1.00 | -0.86 |
| F3 T5  | 0.50  | -0.73 | -0.35 | -0.87 |
| C3 P3  | -0.65 | -0.52 | 0.22  | -1.11 |
| C3 O1  | 0.05  | -0.57 | 0.87  | -0.02 |
| C3 F7  | -0.52 | 0.33  | -0.03 | 0.03 |
| C3 T3  | -0.95 | -0.78 | -0.69 | 0.01 |
| C3 T5  | 1.14  | -0.75 | -0.01 | -1.41 |
| P3 O1  | -0.62 | -0.81 | 1.91  | -0.42 |
| P3 F7  | -0.82 | 0.24  | -0.30 | -0.61 |
| P3 T3  | -0.63 | -0.06 | 0.52  | 0.18 |
| P3 T5  | 1.21  | -0.04 | 0.52  | -0.35 |
| O1 F7  | 1.07  | 0.91  | 0.13  | -0.64 |
| O1 T3  | 1.11  | -1.09 | 0.84  | -0.14 |
| O1 T5  | 0.88  | -0.30 | -0.93 | -0.25 |
| F7 T3  | -0.89 | 0.14  | -0.89 | -0.58 |
| F7 T5  | -0.32 | -0.46 | -0.48 | -0.66 |
| T3 T5  | 0.72  | -0.80 | 0.26  | -0.17 |

**Intrahemispheric: RIGHT**

|        | DELTA | THETA | ALPHA | BETA |
|--------|-------|-------|-------|------|
| FP2 F4 | -0.36 | -0.92 | 1.02  | -0.86 |
| FP2 C4 | -0.73 | -0.52 | 0.41  | 1.13 |
| FP2 P4 | -0.50 | -1.05 | -0.07 | 0.75 |
| FP2 O2 | 0.10  | 0.76  | -0.21 | -0.29 |
| FP2 F8 | -0.23 | -0.12 | 0.70  | -0.69 |
| FP2 T4 | -0.31 | -0.62 | -0.69 | -1.08 |
| FP2 T6 | -0.91 | -0.71 | 0.27  | -0.68 |
| F4 C4  | -1.09 | -0.46 | 0.34  | 1.42 |
| F4 P4  | -0.24 | -0.85 | -0.01 | 1.28 |
| F4 O2  | 0.99  | 0.32  | -0.15 | -0.28 |
| F4 F8  | -0.17 | -0.00 | -0.94 | -0.69 |
| F4 T4  | 0.73  | -0.28 | -0.61 | -0.66 |
| F4 T6  | -0.27 | -0.49 | -0.00 | -0.35 |
| C4 P4  | -0.60 | -0.83 | -0.18 | -0.61 |
| C4 O2  | 0.74  | -0.42 | -0.23 | -0.84 |
| C4 F8  | -0.18 | -0.44 | -0.65 | -0.25 |
| C4 T4  | 0.48  | -0.14 | -0.63 | -0.97 |
| C4 T6  | 0.42  | -0.63 | -0.26 | -0.37 |
| P4 O2  | -0.11 | -0.39 | -0.11 | -0.90 |
| P4 F8  | -0.08 | -1.14 | -0.25 | 0.13 |
| P4 T4  | 0.54  | -0.16 | -0.36 | -0.92 |
| P4 T6  | 0.88  | -0.30 | 0.34  | -0.38 |
| O2 F8  | 0.21  | -0.23 | -0.37 | -0.52 |
| O2 T4  | 1.34  | -0.70 | -0.12 | -1.47 |
| O2 T6  | 1.75  | -0.54 | 1.69  | -1.36 |
| F8 T4  | -0.76 | -0.86 | -0.43 | -0.85 |
| F8 T6  | -0.47 | -0.86 | -0.37 | -0.51 |
| T4 T6  | -1.28 | -0.80 | -0.01 | -0.53 |

**Interhemispheric: HOMOLOGOUS PAIRS**

|         | DELTA | THETA | ALPHA | BETA |
|---------|-------|-------|-------|------|
| FP1 FP2 | -0.46 | 0.22  | 1.38  | -0.73 |
| C3 C4   | 8.32  | 2.10  | 4.59  | 4.09 |
| O1 O2   | 0.54  | -0.44 | 0.88  | -0.30 |
| T3 T4   | 2.78  | 1.93  | -0.22 | 0.16 |

|       | DELTA | THETA | ALPHA | BETA |
|-------|-------|-------|-------|------|
| F3 F4 | 3.24  | 0.94  | 2.15  | -0.70 |
| P3 P4 | 5.12  | 1.97  | 0.34  | -0.35 |
| F7 F8 | 0.68  | -0.40 | -0.23 | -0.57 |
| T5 T6 | 42.49 | 17.08 | 12.18 | 14.58 |

Delta (1.0 - 4.0 Hz)   Theta (4.0 - 8.0 Hz)   Alpha (8.0 - 12.0 Hz)   Beta (12.0 - 25.0 Hz)





Z-Score >= 1.96          Z-Score >= 2.58          Z-Score >= 3.09

Montage: LinkEars                                                      EEG ID:  879

## Traumatic Brain Injury Discriminant Analysis*

**TBI DISCRIMINANT SCORE  =  1.14**          **TBI PROBABILITY INDEX  =  99.5%**

The TBI Probability Index is the subject's probability of membership in the mild traumatic brain injury population.  (see Thatcher et al, EEG and Clin. Neurophysiol., 73: 93-106, 1989.)



| | | | RAW | Z |
|---|---|---|---|---|
| FP1-F3 | COH | Theta | 79.46 | -0.52 |
| T3-T5 | COH | Beta | 64.58 | 1.52 |
| C3-P3 | COH | Beta | 82.03 | 0.98 |
| FP2-F4 | PHA | Beta | 0.02 | -1.36 |
| F3-F4 | PHA | Beta | 0.29 | 0.01 |
| F4-T6 | AMP | Alpha | 77.13 | 2.09 |
| F8-T6 | AMP | Alpha | 45.63 | 2.45 |
| F4-T6 | AMP | Beta | 86.86 | 2.39 |
| F8-T6 | AMP | Beta | 58.91 | 2.08 |
| F3-O1 | AMP | Alpha | 16.14 | 1.39 |
| F4-O2 | AMP | Alpha | 42.48 | 1.97 |
| F7-O1 | AMP | Alpha | 0.94 | -2.35 |
| F4-O2 | AMP | Beta | 17.10 | 1.08 |
| P3 | RP | Alpha | 42.57 | -0.67 |
| P4 | RP | Alpha | 45.69 | -0.50 |
| O1 | RP | Alpha | 40.32 | -1.10 |
| O2 | RP | Alpha | 40.75 | -1.11 |
| T4 | RP | Alpha | 41.26 | 0.11 |
| T5 | RP | Alpha | 40.37 | -0.81 |
| T6 | RP | Alpha | 46.89 | -0.41 |

**TBI SEVERITY INDEX  =  2.78**

This severity score places the patient in the MILD range of severity.



| | | | RAW | Z |
|---|---|---|---|---|
| FP1-C3 | COH | Delta | 39.61 | -0.89 |
| FP1-FP2 | COH | Theta | 62.83 | -0.17 |
| O1-F7 | COH | Alpha | 23.01 | -0.11 |
| O2-T6 | COH | Alpha | 65.52 | -1.50 |
| P3-O1 | COH | Beta | 66.80 | -1.49 |
| FP1-T3 | PHA | Theta | -0.65 | -1.36 |
| T3-T4 | PHA | Theta | -81.68 | 2.36 |
| O1-F7 | PHA | Alpha | -23.55 | 1.46 |
| F7-F8 | PHA | Alpha | 2.79 | 0.14 |
| T5-T6 | PHA | Beta | -23.87 | 2.86 |
| C3-F7 | AMP | Delta | -1.46 | -1.85 |
| FP2-F4 | AMP | Delta | 32.98 | 1.94 |
| C4-F8 | AMP | Delta | -49.46 | -3.71 |
| O1-O2 | AMP | Theta | 6.72 | 0.46 |
| P3-F7 | AMP | Alpha | -11.54 | -3.09 |
| FP2-P4 | AMP | Alpha | 7.72 | 2.30 |

The TBI Severity Index is an estimate of the neurological severity of injury.  (see Thatcher et al, J. Neuropsychiatry and Clinical Neuroscience, 13(1): 77-87, 2001.)

*Statement of Indications of Use:
The Discriminant Analysis and Severity Index are to be used by experienced and qualified professionals for the post-hoc statistical evaluation of the human electroencephalogram (EEG).  The Discriminant Analysis and Severity Index are to be viewed as an adjunct to the evaluation of the patient, and they do not serve as a primary basis for a diagnosis.  Warning: Inclusion criteria of a history of traumatic brain injury and greater than 13 years of age must be adhered to.

Montage: LinkEars                                                    EEG ID: 879

## Predicted Neuropsychological Scores

### Full Scale IQ



Predicted Cognitive Performance

| | Neuropsychological Tests | Scaled Score | Min SS | Max SS | Z Score | Min Z | Max Z |
|---|---|---|---|---|---|---|---|
| 1 | Information | 13.37 | 7.79 | 18.94 | 0.72 | -0.98 | 2.42 |
| 2 | Mathematics | 12.27 | 6.51 | 18.04 | 0.50 | -1.33 | 2.32 |
| 3 | Vocabulary | 11.12 | 5.17 | 17.06 | -0.11 | -1.84 | 1.61 |
| 4 | Digit Span | 14.89 | 8.92 | 20.86 | 1.54 | -0.38 | 3.47 |
| 5 | Picture Completion | 11.82 | 6.55 | 17.09 | 0.25 | -1.55 | 2.06 |
| 6 | Block Design | 12.55 | 6.39 | 18.72 | 0.49 | -1.30 | 2.28 |
| 7 | Coding | 8.84 | 2.99 | 14.68 | -0.48 | -2.32 | 1.35 |
| 8 | Mazes | 10.27 | 4.04 | 16.50 | -0.35 | -2.29 | 1.58 |
| 9 | Full IQ | 115.85 | 89.25 | 142.46 | 0.57 | -1.11 | 2.25 |
| 10 | Verbal IQ | 120.47 | 91.42 | 149.51 | 0.87 | -0.85 | 2.60 |
| 11 | Performance IQ | 107.85 | 81.79 | 133.91 | 0.08 | -1.64 | 1.80 |



Predicted Z-Score Achievement and Neuropsychological Measures with 95% Confidence Intervals

13

Montage: LinkEars                                          EEG ID: 879

# Predicted Full IQ



Daniel Kuhn M.D., P.C.
# Integrative Neuropsychiatric Services

Daniel Kuhn M.D., Psychiatrist, Diplomat of the American Board of Neurology and Psychiatry     Telephone:  (212) 315-1755
Fax:  (212) 333-4209

Date – 10.17.2008

## INTEGRATIVE NEUROCOGNITIVE REPORT

Re: Gabriel Steif
   DOT – 09.12.2008
   DOB – 04.25.1937
   Reference #: 194

**Background -** Mr. Steif suffered a closed head injury when he was hit by a motor vehicle and has developed symptoms of Post Concussion Syndrome secondary to a traumatic brain injury. They include inattention, impaired memory, impaired executive function, and depression.

This report summarizes the results of this objective and quantified screening battery of standardized neuropsychological tests.

The findings show significant dysfunctions affecting memory and executive functions.

The findings support the diagnosis of a Traumatic Brain Injury and Post Concussion Syndrome

The positive findings in this test are summarized in Page 2.

Daniel Kuhn, M.D.
Board Certified Psychiatrist, CPN-P.

Personalized

Quantitative

Report



Brain Function Laboratories:
*USA – UK – Germany – The Netherlands – South Africa – Australia*

---

## *IntegNeuro*

Client Assessment (KUHN-00194)

Birth date 25 Apr 1937 (age 71 years; male)
................................
This report is for clinicians only

*Gabriel Steif*

The report is provided on pages 1 – 2.

The remainder of the report is score details.

For description of the tests - see http://services.brainresource.com/reportdetails.jsp

For Summary Report Manual - see http://services.brainresource.com/reportmanual.jsp

**Important Information**   Reference: PA 1260 3216   Test Date: 12 Sep 2008   Report Date: 15 Oct 2008

This report provides indications of brain function and cognition as compared to a control group in the normative database. It is not to be used as a basis for action without consideration by a competent relevant professional. Always seek the advice of a trained health professional or relevant specialist regarding any highlighted variances within this report before any treatment or action is taken. This report is not intended to diagnose, treat or cure any health condition. It is also not intended to be used in any way on its own.

This report does not establish any physician-patient relationship or supplant any in-person medical consultation or examination. Appropriate medical attention should always be sought for specific ailments. Do not disregard professional medical advice or delay seeking medical treatment as a result of findings contained within this report.

BRC expressly disclaims any and all responsibility for any liability, loss or risk which may be or is incurred as a consequence, directly or indirectly, of any non-specialist use and application of this report.

**The Brain Resource Company**®
BRC Operations Pty Limited ABN 45 098 619 115
Email: info@brainresource.com  URL: www.brainresource.com

# 1.  Overall summary of findings

## Cognition

| Test | Deficit |
|------|---------|
| 1. Memory Recall and Recognition | ● |
| 2. Digit Span | |
| 3. Span of Visual Memory | |
| 4. Sustained Attention (CPT) | |
| 5. Switching of Attention | |
| 6. Motor Tapping | |
| 7. Choice Reaction Time | |
| 8. Time Estimation | |
| 9. Verbal Interference | |
| 10. Spot the Real Word | |
| 11. Word Generation | |
| 12. Maze | ● |

● = deficit compared to matched controls (see Appendix 1.3 for details)

The table above shows deficits found in each test (1–12).

The list below summaries what the practical significance of that deficit is considered to be:

1.  Ability to learn and remember new tasks based on verbal information. Critical, central everyday skill.

12.  Ability to plan, strategize and implement complex tasks involving visuospatial information.

---

The remainder of this report provides the landscape summary and then the details underpinning these results.
For further details or queries not addressed in this report, please email: info@brainresource.com

## 2. Summary of Cognition results (landscape view)

### Client KUHN-00194 compared to normal controls



For convenience, the tasks are organized by broad cognitive groupings. The circles on the left indicate statistically significant differences compared with the normal control. The "standardized scores" on the right are normalized for age, gender and years of education, which means differences from zero reflect differences from 'average peer' (also known as z-scores). Positive "standardized scores" indicate strengths, negative "standardized scores" indicate potential deficits (Avg = average). "Standardized scores" beyond -2 to +2 are statistically significant. False alarms (respond when should not) = false positive; errors of commission. False misses (not respond when should) = false negatives; errors of omission. Memory Recall (Intrusion = words not on the list. Interference = words from the other list. Perseveration = repeat errors). Specialist interpretation is required.

2

**Appendix 1.** Details of Cognition

**Appendix 1.1** The client's scores

| Measure | Client | Int. Brain Database | | Standardized Score | Percentile |
|---|---|---|---|---|---|
| | | Average | Std. Dev | | |
| **Memory Recall** | | | | | |
| Immediate recall trial 1 | 3 | 4.6 | 1.2 | -1.4 | 8th |
| Immediate recall trial 2 | 3 | 6.3 | 1.3 | -2.45 | 1st |
| Immediate recall trial 3 | 3 | 7.2 | 1.4 | -3.01 | < 1st |
| Immediate recall trial 4 | 5 | 8.1 | 2.1 | -1.46 | 7th |
| Total immediate recall trials 1-4 | 14 | 26.1 | 4.3 | -2.82 | < 1st |
| Learning rate trials 1-4 | 0.6 | 1.12 | 0.59 | -0.88 | 19th |
| Total intrusions errors trials 1-4 | 12 | 1.5 | 4.8 | -2.2 | 1st |
| Total perseveration errors trials 1-4 | 0 | 1.3 | 1.2 | 1.08 | 86th |
| Distractor recall trial 5 | 2 | 3.4 | 1.4 | -0.98 | 16th |
| Intrusion errors trial 5 | 2 | 0.46 | 0.94 | -1.64 | 5th |
| Interference errors trial 5 | 1 | 0.37 | 0.71 | -0.89 | 19th |
| Short delay recall trial 6 | 3 | 5.9 | 2 | -1.49 | 7th |
| Intrusion errors trial 6 | 2 | 0.33 | 0.8 | -2.08 | 2nd |
| Interference errors trial 6 | 0 | 0.14 | 0.28 | 0.49 | 69th |
| Long delay recall trial 7 | 3 | 5.3 | 2.1 | -1.08 | 14th |
| Intrusion errors trial 7 | 2 | 0.6 | 1.1 | -1.34 | 9th |
| Interference errors trial 7 | 0 | 0.16 | 0.28 | 0.56 | 71st |
| **Memory Recognition** | | | | | |
| Recognition accuracy | 9 | 11 | 1.7 | -1.22 | 11th |
| Rejection accuracy | 10 | 11.1 | 1.4 | -0.8 | 21st |
| **Digit Span** | | | | | |
| Recall span (forwards) | 5 | 6.1 | 1.5 | -0.7 | 24th |
| Trials correct (forwards) | 4 | 6.7 | 2 | -1.32 | 9th |
| Recall span (backwards) | 3 | 3.8 | 1.9 | -0.44 | 33rd |
| Trials correct (backwards) | 1 | 3.2 | 2 | -1.05 | 15th |
| **Span of Visual Memory** | | | | | |
| Recall span | 5 | 4.5 | 1 | 0.5 | 69th |
| Trials correct | 7 | 5.6 | 1.5 | 0.89 | 81st |
| **Sustained Attention (CPT)** | | | | | |
| Reaction time | 442ms | 477ms | 71ms | 0.5 | 69th |
| False alarms | 0 | 0.83 | 0.68 | 1.22 | 89th |
| False misses | 0 | 0.6 | 0.71 | 0.85 | 80th |
| **Switching of Attention** | | | | | |
| Completion time (digits) | 42.2s | 29.6s | 8.6s | -1.47 | 7th |
| Avg. connection time (digits) | 1343ms | 1073ms | 311ms | -0.87 | 19th |
| Errors (digits) | 5 | 0.8 | 2.3 | -1.84 | 3rd |
| Completion time (digits+letters) | 70s | 71s | 14s | 0.04 | 51st |
| Avg. connection time (digits+letters) | 2.73s | 2.81s | 0.74s | 0.11 | 54th |
| Errors (digits+letters) | 3 | 1.7 | 2.4 | -0.54 | 29th |
| **Motor Tapping** | | | | | |
| Number of taps (right) | 157 | 158 | 30 | -0.04 | 48th |
| Variability of reaction time (right) | 11ms | 31ms | 20ms | 1.03 | 85th |
| Number of taps (left) | 140 | 145 | 31 | -0.15 | 44th |
| Variability of reaction time (left) | 55ms | 43ms | 51ms | -0.23 | 41st |

Raw scores of the Cognitive findings ( ∗ = statistically significant; Std. Dev = standard deviation; Int = international).

| Measure | Client | Int. Brain Database | | Standardized | Percentile |
| | | Average | Std. Dev | Score | |
|---|---|---|---|---|---|
| **Time Estimation** | | | | | |
|   Accuracy | -0.01s | 0.00s | 0.28s | -0.03 | 49th |
| **Verbal Interference** | | | | | |
|   Accuracy (word) | 14 | 14.4 | 2.8 | -0.12 | 45th |
|   Errors (word) | 0 | 0.26 | 0.39 | 0.66 | 75th |
|   Reaction time (word) | 1391ms | 1270ms | 236ms | -0.51 | 30th |
|   Accuracy (color) | 4 | 6.1 | 2.6 | -0.81 | 21st |
|   Errors (color) | 3 | 1.3 | 1.7 | -1 | 16th |
|   Reaction time (color) | 2.19s | 2.18s | 0.51s | -0.01 | 50th |
| **Spot the Real Word** | | | | | |
|   Accuracy | 52 | 50.2 | 4.2 | 0.44 | 67th |
| **Word Generation** | | | | | |
|   Number of words generated (FAS) | 8.7 | 13.7 | 3.7 | -1.35 | 9th |
|   Number of animal names generated | 12 | 17.5 | 4.4 | -1.25 | 10th |
| **Maze** | | | | | |
|   Trials completed | 24 | 10 | 6.1 | -2.3 | 1st |
|   Completion time | 749s | 337s | 153s | -2.69 | < 1st |
|   Path learning time | 686s | 288s | 163s | -2.45 | 1st |
|   Total errors | 114 | 58 | 51 | -1.1 | 14th |
|   Number of overruns | 72 | 24 | 25 | -1.97 | 2nd |

Raw scores of the Cognitive findings ( ♦ = statistically significant; Std. Dev = standard deviation; Int = international).

| Nominal classification bands | Percentile boundary |
|---|---|
| Very superior | ≤ 100th |
| Superior | < 98th |
| High average | < 91st |
| Average | < 75th |
| Low average | < 25th |
| Borderline | < 9th |
| Extremely Low | < 2nd |

The test descriptions, selected references and how the scores are derived can be found at http://services.brainresource.com/reportdetails.jsp

4

Daniel Kuhn M.D., P.C.

**Integrative Neuropsychiatric Services**

400 W. 57ᵗʰ St.
Suite 1205
New York, NY 10019

Daniel Kuhn M.D., Psychiatrist, Diplomat of the American Board of Neurology
and Psychiatry

Telephone: (212) 315-1755
Fax: (212) 333-4209

11.5.08

**An Addendum**
**to The Neuropsychiatric Report dated  9.4.08 and to**
**the Brain Mapping Report dated 10.9.08**

**Re:  Gabriel Steif**
DOA: 02.27.08
DOBA 04.25.37
SS# 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
No Fault carrier – Frontier adjuster
PI Attorney – Jaroslawicz & Jaros LLC

Based on the clinical finding of attention and cognitive deficits in Mr. Steif, the positive finding in the brain mapping battery (QEEG and Evoked Responses) and neuropsychological tests, it is determined that Mr. Steif needs to engage  in a cognitive rehabilitation and training in order to attempt to improve his attention, concentration and cognitive functions, which are very important to his ability to function professionally.

He should attend neuro-rehabilitative psychotherapy sessions for that purpose in a frequency of once a week for a period that is estimated to last should last about eight months to one year.
The cost per session is $350.00.

It is hereby determined that Mr. Steif is suffering from a permanent partial disability which limits his productivity and ability to function professionally in his job as an executive.

He has difficulty dealing with details and sustain his attention for more than 10 minutes.

He needs multiple breaks at work to recuperate and be able to function.

His productivity is not expected to improve significantly.

Daniel Kuhn, M.D.,
Board Certified Psychiatrist

w w w . m i n d w o r k s N Y . c o m

Daniel Kuhn M.D., P.C.

# Integrative Neuropsychiatric Services

400 W. 57th St.
Suite 1205
New York, NY 10019

Daniel Kuhn M.D., Psychiatrist, Diplomat of the American Board of Neurology and Psychiatry

Telephone: (212) 315-1755
Fax: (212) 333-4209

11.5.08

### An Addendum
### to The Neuropsychiatric Report dated 9.4.08 and to
### the Brain Mapping Report dated 10.9.08

**Re: Gabriel Steif**
DOA: 02.27.08
DOBA 04.25.37
SS# 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
No Fault carrier – Frontier adjuster
PI Attorney – Jaroslawicz & Jaros LLC

Based on the clinical finding of attention and cognitive deficits in Mr. Steif, the positive finding in the brain mapping battery (QEEG and Evoked Responses) and neuropsychological tests, it is determined that Mr. Steif needs to engage in a cognitive rehabilitation and training in order to attempt to improve his attention, concentration and cognitive functions, which are very important to his ability to function professionally.

He should attend neuro-rehabilitative psychotherapy sessions for that purpose in a frequency of once a week for a period that is estimated to last should last about eight months to one year.
The cost per session is $350.00.

It is hereby determined that Mr. Steif is suffering from a permanent partial disability which limits his productivity and ability to function professionally in his job as an executive.

He has difficulty dealing with details and sustain his attention for more than 10 minutes.

He needs multiple breaks at work to recuperate and be able to function.

His productivity is not expected to improve significantly.

Daniel Kuhn, M.D.,
Board Certified Psychiatrist