**EXHIBIT F**

Lewis M. Rothman, M.D.
63 Forest Road
Tenafly, New Jersey 07670
Phone 201-871-5880
Fax 201-871-2371

August 8, 2008

Kevin Pollack, Esq.
Fabiani, Cohen & Hall, LLP
570 Lexington Avenue
New York, NY 10022

Re:   Gabriel Steif v. Greyhound Lines, et al
      Your file: 818.34751

Dear Mr. Pollack:

Pursuant to your request I have reviewed the following CT scans, performed on Gabriel Steif. I have also reviewed the accompanying records. My findings and opinions are as follows:

CT scan of the head without contrast dated 2/27/08: the examination was performed in the axial plane and extends from the skull base to the vertex. Only brain windows are available for review. There is no evidence of fracture and no evidence of intracranial trauma. There is multifocal cortical atrophy most prominent in the parietal regions bilaterally.
Impression: no evidence of fracture. Multifocal cortical atrophy.

CT scan of the head without contrast dated 2/29/08: the examination was performed in the axial plane and extends from the skull base to the vertex. Metallic staples are present in the occipital soft tissues of the scalp. There is no evidence of fracture and no evidence of intracranial trauma. There is multifocal cortical atrophy most prominent in the parietal regions bilaterally.
Impression: no evidence of fracture. Multifocal cortical atrophy. Metallic staples in the occipital soft tissues of the scalp.

Sincerely yours,

*[signature]*

Lewis Rothman, M.D.

## CURRICULUM VITAE

| | |
|---|---|
| Name: | Lewis M. Rothman, M.D. |
| Business Address: | 63 Forest Road<br>Tenafly, New Jersey 07670 |
| Telephone: | (201) 871-5880   Fax (201) 871-2371 |
| State Licensure: | New York, 1966<br>New Jersey, 1984 |
| Specialty Boards: | National Board of Medical Examiners, 1966<br>American Board of Radiology,<br>     Diagnostic Radiology, 1972<br>American Board of Radiology, Certificate of<br>     Added Qualification-Neuroradiology, 1995 |

Education:

| | |
|---|---|
| Medical School: | Cornell University Medical College, M.D., 1965 |
| Undergraduate: | Cornell University, B.A., 1961 |

Training:

| | |
|---|---|
| Fellowship: | Special Fellow in Neuroradiology,<br>Neurological Institute of New York<br>Columbia-Presbyterian Medical Center<br>Sponsorship of National Institute of Neurological<br>     Diseases and Stroke, NIH, 1968-1970 |
| Residency: | The Mount Sinai Hospital, New York<br>Neurology Residency 1966-1968 |
| | U.S. Public Health Service Hospital<br>Staten Island, New York<br>Radiology Residency 1970-1972 |
| Internship: | Bellevue Hospital, New York<br>Mixed Medical Internship, 1965-1966 |

Curriculum Vitae: P.2
Lewis M. Rothman, M.D.

Hospital Appointments:	Department of Radiology
Westchester Medical Center
Valhalla, NY 10595
2004
    Attending Radiologist
    2004-2007
    Voluntary Teaching Staff
    2008-present
Department of Radiology
Lenox Hill Hospital, New York
1979 - 2004

    Honorary Attending 2004-present
    Chairman & President of L.H. Radiologists, P.C.
    April, 1988 to April 2004
    Acting Chairman
    1987 - March, 1988
    Assistant to the Director for Professional Affairs
    1982 - 1987
    Attending Physician
    1986 - 2004
    Associate Radiologist
    1984 - 1985
    Adjunct Radiologist
    1982 - 1983
    Assistant Adjunct Radiologist
    1979 – 1981

Co-Director of Neuroradiology
Institute of Basic Research
Staten Island, New York
1978

Consultant
U.S. Public Health Service Hospital
Staten Island, New York
1976 – 1979

Attending Radiologist
Kings County Hospital, Brooklyn
July, 1972 - January, 1979

Consultant
Neuroradiology

Greenpoint Hospital, Brooklyn
1972 - 1979

Curriculum Vitae: P.3
Lewis M. Rothman, M.D.

| | |
|---|---|
| Academic Appointments: | Associate Professor of Clinical Radiology<br>New York University Medical Center<br>1993 to present |
| | Associate Professor of Clinical Radiology<br>Cornell University Medical Center<br>1989 - 1993 |
| | Clinical Associate Professor of Radiology<br>Cornell University Medical Center<br>1979 - 1986 |
| | Associate Professor of Clinical Radiology<br>Downstate Medical Center<br>1976 - 1979 |
| | Assistant Professor of Radiology<br>Downstate Medical Center<br>1972 - 1976 |
| | Instructor, Radiology<br>Columbia-Presbyterian Medical Center<br>1968 - 1970 |
| Consultative Appointments: | National Professional Advisory Board<br>Lehigh Magnetic Imaging Center<br>1220 South Cedar Crest Boulevard<br>Allentown, Pennsylvania 18103<br>1987 - 1992 |
| | Neurodiagnostic Center of New Jersey<br>33 Main Street<br>Chatham, New Jersey 07928<br>1984 - 1987 |

Curriculum Vitae: P.4
Lewis M. Rothman, M.D.

Lenox Hill Hospital Committees:

| | |
|---|---|
| Bioethics Committee | 1995-2004 |
| Board of Directors of PAA (Physicians' Attending Association) | 1988-1993 |
| Board of Directors of the LHHN (Lenox Hill Hospital Network) Formerly the PHO (Physician Hospital Organization) | 1994-2000 |
| Bylaws, Codes, Accreditation and Ethics Committee | 1987-1988 |
| Credentials Committee | |
|   Member | 1987 |
|   Chairman of Credentials Committee | 1997-2001 |
| Hospital Infection Control Committee | 1983-1986 |
| Joint Conference Committee | 1994-1997 |
| Medical Board | 1994-2004 |
|   Vice President | 1994-1997 |
| Medical Education Committee | 1993-2004 |
| OR Committee | 1988 |
| Professional Standards Committee | 1987-2004 |
| Projects and Space Committee | 1987-2004 |
| Radiation Safety Committee | |
|   Member | 1982 |
|   Chairman | 1988-2004 |
| IRB Committee (Institutional Review Board) Formerly the Research and Clinical Investigations Committee | 1982-2004 |

Curriculum Vitae: P.5
Lewis M. Rothman, M.D.

| | |
|---|---|
| Professional Societies: | Eastern Neuroradiology Society, 1990 - 2000 |
| | Fellow Royal Society of Medicine, 1989 - 1998 |
| | Association of University Radiologists, 1988 - present |
| | American College of Radiology, April 15, 1988-present |
| | Active Member |
| | The New York State Radiological Society, Inc. |
| | April 15, 1988 - present |
| | Radiological Society of North America, 1988 - present |
| | The New York Roentgen Society, 1988 - present |
| | American Medical Association, 1988 - present |
| | Brooklyn Neurological Society, 1973 - 1978 |
| | Kings County Medical Society, 1972 - 1978 |
| | American Society of Neuroradiology, 1972 - present |
| | Senior Member |
| | Alpha Omega Alpha, Honor Medical Society, 1964-present |

Personal Data:

| | |
|---|---|
| Date of Birth: | September 6, 1939 |
| Place of Birth: | New York, New York |
| Marital Status: | Married. Three Children. |

| | |
|---|---|
| References: | Furnished on Request. |

Curriculum Vitae: P.6
Lewis M. Rothman, M.D.


Publications:

1. Krol, C., Uszynski, M.D, Dillon, E., Farhad, M., Machnicki, S. C., Mina, B., Rothman, M. "CT Features of Inhalational Anthrax Infection of Lungs and Mediastinum." "Hot Topics" Papers from the RSNA Scientific Assembly 2002.

2. Gray, G., Voit, E., Breuer, F., Rothman, L. "Imaging Quiz Case: Intralingual Mucocele." Arch Otolaryngol Head Neck Surg. 125:593-595, 1999.

3. Gray, G., Jahre, C., Rothman, L. "MRI of Leptomengingeal Disease." RSNA Scientific Program 1998.

4. Kacker, A., Komisar, A., Kakani, R., Reich, E., Rothman, L.M. : Tongue Paralysis Following Head Trauma. J. Laryngology and Otology 109:770-771, Aug. 1995.

5. Choy, D.S.J., Ascher, J.L., Rothman, L.M., Snowdon, J.: Percutaneous Laser Catheter Recanalization of Carotid Arteries in Seven Cadavers and one Patient. AJNR 7:1050-1052, November/December, 1986.

6. Rothman, L.M. : Chapter entitled: "Diagnostic Procedures: Computed Tomography of the Lumbar Spine." The Lumbar Spine. Editors: Martin B. Camins, and Patrick F. O'Leary. Raven Press, New York., 1935.

7. Kokoris, N., Rothman, L.M., Wolintz, A.H.: Computed Tomography and Angiography in the Diagnosis of Suprasellar Mass Lesions. American Journal of Ophthalmology 89:278-283, 1980.

8. Krol, G., Farmer, P., Stein, S., Tenner, M.S., Rothman, L.M. : Carcinoma of Choroid Plexis in Premature Infant. Journal of Computer Assisted Tomography, 1979.

9. Rothman, L.M., Tenner, M.S., Quencer, R. : Non-Filling of the Subependymal Veins of the lateral Ventricles. Acta Radiologica, Supplement 347, 1975.

10. Quencer, R., Tenner, M.S., Rothman, L.M. : Post-Operative Myelogram: Radiographic Evaluation of Arachnoiditis and Dural-Arachnoidal Tears. Radiology, 123:667-679, June, 1977.


Curriculum Vitae: P.7

Lewis M. Rothman, M.D.

11. Li, F., Tenner, M.S., Rothman, L.M., Quencer, R. : Normal Ocular Circulation and the Effect of Arterial Occlusive Disorders. Radiology, 123:369-374, May, 1977.

12. Quencer, R.M., Tenner, M.S., Rothman, L.M. : Percutaneous Spinal Cord Puncture and Myelocystography: The Role in the Diagnosis and Treatment of Intramedullary Neoplasms. Radiology, 118:637-644, March, 1976.

13. Rothman, L.M., Rose, J.S., Laster, D.W., Quencer, R.M., Tenner, M.S. : The Spectrum of the Growing Skull Fracture in Children. Pediatrics, 57:26-31, January, 1976.

14. Rothman, L.M., Sher, J., Quencer, M.R , Tenner, M.S. : Intracranial Ectopic Pituitary Adenoma. J. Neurosurgery., 44:96-99, January, 1976.

15. Quencer, R.M., Tenner, M.S., Rothman, L.M. : Jugular Venography: Guidelines for Evaluation of Abnormalities at the Base of the Skull. J. Neurosurg., 44:485-492, April, 1976.

16. Laster, D.W., Tenner, M.S., Rose, J., Rothman, L.M., Quencer, R.M.: Intracranial Hodgkin's Disease with Suture Diastasis and Superior Sagittal Sinus Occlusion. N.Y.S. Journal of Medicine, 76:1512-1515, September, 1976.

17. Wood, W.G., Rothman, L.M., Nussbaum, B. : Intramedullary Neurilemmoma of the Cervical Spinal Cord. J. Neurosurg., 42:465-468, April, 1975.

Presentations and Papers:

1. Carter, M.C., Kahn, K., Touri, S.L., Rothman, L.M., Schneider, M. : The Use of Magnetic Resonance Imaging to Visualize Injuries to the Elbow in Children. Presented at the 82nd Annual Scientific Assembly, New Orleans, Louisiana, November 6-9, 1988.

2. Holtzman, R.N.N., April, R.S., Solomon, R.A., Bell, E.T., Rothman, L.M.: Magnetic Resonance Imaging and Stereotactic Biopsy of a Caseating Mid-Brain Granuloma. Presented at the VII All-Soviet Neurosurgical Congress, Leningrad, U.S.S.R., October 14, 1988.

Curriculum Vitae: P.8
Lewis M. Rothman, M.D.

Presentations and Papers: -continued

3.  Rothman, L.M.: Pitfalls in Computerized Tomography of the Brain. Presented at the Postgraduate Course in Neurosurgery. New York University Medical Center, April, 1977.

4.  Quencer, R.M., Tenner, M.S., Rothman L.M. : Percutaneous Spinal Cord Puncture and Myelocystography: The Role in the Diagnosis and Treatment of Intramedullary Neoplasms. Presented at the American Association of Neuroradiology, Vancover, British Columbia, June, 1975.

5.  Rothman, L.M.: Radiology of Tumors of the Cerebello-Pontine angle. Presented at Postgraduate Course on Dizziness and Allied Disorders at Brooklyn Veterans Administration Hospital, October, 1973.

Exhibits:

Quencer, R.M., Rothman, L.M., Tenner, M.S.: Jugular Venography: Guidelines for Evaluation of Abnormalities at the Base of the Skull. Presented at the American Association of Neurosurgery, Miami, Florida, April, 1975, and the American Roentgen Ray Society, Atlanta, Georgia, September, 1975.

Guest Lecturers:

Hua Shan Hospital, Shanghai Medical University Shanghai, China "MRI and CT of the Nervous System." August 3, 1991

Beijing Hospital
Beijing, China
"MRI and CT of the Nervous System."
August 8, 1991

First Teaching Hospital, Xian Medical University
Xian, China
"MRI and CT of the Nervous System."
August 13, 1991

Curriculum Vitae: P.9
Lewis M. Rothman, M.D.

Guest Lecturers: - Continued

    The Lehigh Magnetic Imaging Center
    Allentown, PA
    "The Role of the MRI and CT In and Around the Central Nervous System."
    May 1991

    The Lehigh Magnetic Imaging Center
    Allentown, PA
    "Radiology of the Visual System."
    May, 1990

    The Lehigh Magnetic Imaging Center
    Allentown, PA
    "The Role of MRI and CT in Diseases of the Ear, Nose and Throat."
    March 17, 1989

    Categorical course in Neuroradiology
    New York Medical College
    Department of Radiology
    Valhalla, New York
    1982-1986

    Fourth Year Radiology Elective Program
    Downstate Medical Center
    Department of Radiology
    Brooklyn, New York
    1980-1982

    Seminar
    Radiology of the Head and Neck
    "Angiography of the Ear."
    Lenox Hill Hospital
    New York, New York
    1979